UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: U.S. ENVIRONMENTAL PROTECTION AGENCY,
PROCEDURES FOR CHEMICAL RISK EVALUATION
UNDER THE TOXIC SUBSTANCES CONTROL ACT
(TSCA), 89 FED. REG. 37028, ISSUED ON MAY 3, 2024                MCP No. 184

(SEE ATTACHED SCHEDULE)

**CONSOLIDATION ORDER**

The U.S. Environmental Protection Agency issued a Final Rule dated May 3, 2024. On June 4, 2024, the Panel received, pursuant to 28 U.S.C. § 2112(a)(3), a notice of multicircuit petitions for review of that order. The notice included petitions for review pending in the following four circuit courts of appeal: Fourth Circuit, Fifth Circuit, Ninth Circuit, and District of Columbia Circuit.

The Panel has randomly selected the United States Court of Appeals for the District of Columbia Circuit in which to consolidate these petitions for review.

IT IS THEREFORE ORDERED that, pursuant to 28 U.S.C. § 2112(a)(3), the petitions on the attached schedule are consolidated in the United States Court of Appeals for the District of Columbia Circuit, and that this circuit is designated as the circuit in which the record is to be filed pursuant to Rules 16 and 17 of the Federal Rules of Appellate Procedure.

FOR THE PANEL:

*Shawnte McGee*
Shawnte McGee, Case Administrator
Random Selector

*Delora Davis*
Delora Davis, Operations Supervisor
Witness

IN RE: U.S. ENVIRONMENTAL PROTECTION AGENCY, PROCEDURES FOR CHEMICAL RISK EVALUATION UNDER THE TOXIC SUBSTANCES CONTROL ACT (TSCA), 89 FED. REG. 37028, ISSUED ON MAY 3, 2024                MCP No. 184

## SCHEDULE OF PETITIONS

| CIRCUIT NO. | CASE CAPTION |
|---|---|
| Fourth Circuit, No. 24-1462 | International Assoc. of Machinists and Aerospace Workers v. EPA |
| Fifth Circuit, No. 24-60257 | Texas Chemical Council, et al. v EPA, et al. |
| Ninth Circuit, No. 24-3234 | WorkSafe, Inc. v. EPA |
| D.C. Circuit, No. 24-1151 | United Steel, Paper & Forestry, Rubber, Mfg., Energy, Allied Industrial and Service Workers International Union, AFL-CIO v. EPA |